MICHAEL DIEDERICH, JR., et al., Appellants, v ROCKLAND COUNTY POLICE CHIEFS' ASSOCIATION, Defendant, and TOWN OF ORANGETOWN et al., Respondents.

Submitted February 13, 2007; decided February 22, 2007

Appeal dismissed, without costs, by the Court of Appeals, sua sponte, upon the ground that no substantial constitutional question is directly involved.